**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number *(If known)*: _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | Debtor's name | Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☑ Federal Employer Identification Number (EIN)  9 8 – 0 6 5 9 5 3 0<br>☐ Other _____. Describe identifier _____<br><br>**For individual debtors:**<br>☐ Social Security number:  xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ___ ___ ___ ___<br>☐ Other _____. Describe identifier _____ |
| 3. | Name of foreign representative(s) | Margot MacInnis and Cosimo Borrelli |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Financial Services Division of the Grand Court of the Cayman Islands<br>(Cause No. FSD 30 of 2017 (AJJ)) |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

Debtor  Platinum Partners Value Arbitrage Intermediate Fund Ltd.    Case number (if known)_____
       Name

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

Country where the debtor has the center of its main interests:

Cayman Islands

Debtor's registered office:

Borrelli Walsh, G/F Harbour Place
Number    Street

P.O. Box 30847
P.O. Box

Grand Cayman KY1-1204
City    State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

103 South Church Street, George Town
Number    Street

Borrelli Walsh, G/F Harbour Place
P.O. Box

Grand Cayman KY1-1204
City    State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**10. Debtor's website** (URL)    N/A

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☑ Other. Specify: Cayman Islands Exempted Limited Company

☐ Individual

Debtor  Platinum Partners Value Arbitrage Intermediate Fund Ltd.        Case number (if known)_____
        Name

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

This entity is the wholly owned subsidiary of an entity that is already before this Court in Chapter 15.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____    Margot MacInnis
Signature of foreign representative    Printed name

Executed on   08/11/2017
              MM / DD / YYYY

X _____    Cosimo Borrelli
Signature of foreign representative    Printed name

Executed on   08/11/2017
              MM / DD / YYYY

**14. Signature of attorney**

X _____    Date  08/17/2017
Signature of Attorney for foreign representative        MM / DD / YYYY

Joshua Dorchak
Printed name
Morgan, Lewis & Bockius LLP
Firm name
101 Park Avenue
Number    Street
New York                         NY          10017
City                             State       ZIP Code

(212) 309-6700                   joshua.dorchak@morganlewis.com
Contact phone                    Email address

JD 1874                          NY
Bar number                       State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3