## EXHIBIT B

**Cayman Liquidation Winding Up Order**

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO: FSD 30 OF 2017 (AJJ)

The Honourable Justice Andrew J. Jones, QC
In Open Court, 14 February 2017

IN THE MATTER OF THE COMPANIES LAW (2016 REVISION)

AND IN THE MATTER OF PLATINUM PARTNERS VALUE ARBITRAGE INTERMEDIATE FUND LTD.

## WINDING UP ORDER

**UPON** hearing counsel for Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation) (the **Petitioner**) for an order that Platinum Partners Value Arbitrage Intermediate Fund Ltd. (the **Company**) be wound up

**AND UPON** reading the First Affidavit of Margot MacInnis sworn on 1 February 2017 and filed on behalf of the Petitioner

**AND UPON** reading the Fourth Affidavit of Margot MacInnis sworn on 10 February 2017 and filed on behalf of the Petitioner

**AND UPON** reading the affidavits made pursuant to Companies Winding Up Rules Order 3, rule 4 and sworn by Margot MacInnis and Cosimo Borrelli on 1 February 2017 and 2 February 2017, respectively, and filed on behalf of the Petitioner

**AND UPON** the Court having directed that advertising of the petition be waived

**IT IS ORDERED THAT:**

1. The Company be wound up in accordance with the Companies Law.

2. Margot MacInnis of Borrelli Walsh (Cayman) Limited of G/F Harbour Place, 103 South Church Street, Grand Cayman, Cayman Islands and Cosimo Borrelli of Borrelli Walsh Limited of Level 17, Tower 1, Admiralty Centre, 18 Harcourt Road, Hong Kong (collectively, the **JOLs**) are hereby appointed as joint official liquidators of the Company with immediate effect.

3. The JOLs shall not be required to give security for their appointment.

4. In addition to the powers prescribed in Part II of the Third Schedule to the Companies Law (2016 Revision), the JOLs may also exercise, jointly or severally, the following powers set out in Part I of the Third Schedule to the Companies Law (2016 Revision) without further sanction or intervention from the Court:

    (a) the power to engage attorneys and other professionally qualified persons to assist the JOLs in their performance of their functions in the Cayman Islands and the United States.

5. No suit, action or other proceedings, including criminal proceedings, shall be proceeded with or commenced against the Company except with leave of the Court pursuant to section 97 of the Companies Law (2016 Revision).

6. No disposition of the Company's property by or with the authority of the JOLs in the carrying out of their duties and functions and the exercise of their powers shall be avoided by virtue of section 99 of the Companies Law (2016 Revision).

7.  The Petitioner's costs of this petition shall be paid out of the assets of the Company as an expense of the liquidation, such costs to be taxed if not agreed with the JOLs.

**DATED** this 14th day of February, 2017.

**FILED** this 15th day of February, 2017.

_____
The Honourable Mr Justice Andrew J Jones, QC
**Judge of the Grand Court**

This Winding Up Order is filed by HSM Chambers, attorneys for Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation), whose address for service is 68 Fort Street, PO Box 31726, Grand Cayman KY1-1207, Cayman Islands [Ref.: 419555.0001/ICL/MR]