MORGAN, LEWIS & BOCKIUS LLP

Joshua Dorchak
Matthew C. Ziegler
Melissa Y. Boey
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6700
Facsimile: (212) 309-6000

- and -

John C. Goodchild, III
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5020
Facsimile: (215) 963-5001

*Counsel to Margot MacInnis and Cosimo Borrelli, as
Joint Official Liquidators of Platinum Intermediate Fund*

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

In re:

PLATINUM PARTNERS VALUE
ARBITRAGE INTERMEDIATE FUND LTD.
(IN OFFICIAL LIQUIDATION),[1]

    Debtors in
    Foreign Proceedings.

------------------------------------------------X

Chapter 15

Case No. 17-_____ (___)

(Joint Administration Requested)

## NOTICE FROM LIQUIDATORS PURSUANT TO
## FED. R. BANKR. P. 9017 AND FED. R. CIV. P. 44.1

---

[1] The last four digits of the debtor's United States Tax Identification Number, or similar foreign identification number, is 9530.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9017 and Federal Rule of Civil Procedure 44.1, Margot MacInnis and Cosimo Borrelli, duly appointed joint official liquidators (the "Petitioners" or "Liquidators") of Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) (the "Intermediate Fund"), which has been placed into liquidation (the "Cayman Liquidation") by the Financial Services Division of the Grand Court of the Cayman Islands (the "Grand Court") (Cause No. FSD 30 of 2017 (AJJ)) pursuant to a petition for the winding up of the Intermediate Fund under section 92 of the Companies Law of the Cayman Islands (2016 Revision) (the "Companies Law"), intend to raise issues pertaining to foreign law, specifically, the Companies Law and related Cayman Islands insolvency law, in connection with their petition for entry of an Order pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"): (i) recognizing the Cayman Liquidation as the foreign main proceeding, or in the alternative, the foreign nonmain proceeding, and recognizing the Liquidators as the Funds' foreign representatives pursuant to sections 1509 and 1517 of the Bankruptcy Code; (ii) granting automatic relief pursuant to sections 1520 and 1521 of the Bankruptcy Code; (iii) granting other and additional relief pursuant to sections 1507, 1520 and 1521(a) of the Bankruptcy Code; and (iv) granting any other relief the court deems just and proper.

Dated: New York, New York
      August 17, 2017

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        */s/ Joshua Dorchak*
                                        Joshua Dorchak
                                        Matthew C. Ziegler
                                        Melissa Y. Boey
                                        101 Park Avenue
                                        New York, New York 10178
                                        Telephone: (212) 309-6700
                                        Facsimile: (212) 309-6000

                                        - and -

                                        John C. Goodchild, III
                                        1701 Market Street
                                        Philadelphia, Pennsylvania 19103
                                        Telephone: (215) 963-5020
                                        Facsimile: (215) 963-5001

                                        *Counsel to Margot MacInnis and Cosimo Borrelli, as*
                                        *Joint Official Liquidators of Platinum Intermediate Fund*