OTTERBOURG P.C.
Richard G. Haddad
Adam C. Silverstein
Erik B. Weinick
230 Park Avenue
New York, New York 10169
Tel:  (212) 661-9100
Fax:  (212) 682-6104
*Counsel for Melanie L. Cyganowski, as Receiver*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE INTERMEDIATE FUND LTD. (IN OFFICIAL LIQUIDATION),<br><br>                    Debtor. | Chapter 15<br><br>Case No. 17-12269 (SCC) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear as counsel to Melanie L. Cyganowski, as duly appointed Receiver of Platinum Credit Management, L.P., Platinum Partners Credit Opportunities Master Fund LP, Platinum Partners Credit Opportunities Fund (TE) LLC, Platinum Partners Credit Opportunities Fund LLC, Platinum Partners Credit Opportunity Fund (BL) LLC, Platinum Liquid Opportunity Management (NY) LLC, and Platinum Partners Liquid Opportunity Fund and, in that capacity, a party-in-interest in the above-captioned case, and requests pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given and all papers served in this case be delivered to and served upon:

            **OTTERBOURG P.C.**
            Attention:     Richard G. Haddad
                             Adam C. Silverstein
                             Erik B. Weinick
            230 Park Avenue
            New York, New York 10169-0075

       Tel:  (212) 661-9100
       Fax:  (212) 682-6104
       email:  rhaddad@otterbourg.com
          asilverstein@otterbourg.com
          eweinick@otterbourg.com

  **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, the internet, or otherwise filed or made with regard to these cases, which affects or seeks to affect in any way any rights or interests of the Debtor or any party in interest in this case.

  **PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
August 22, 2017

**OTTERBOURG P.C.**

By: /s/ *Adam C. Silverstein*
　　　Richard G. Haddad
　　　Adam C. Silverstein
　　　Erik B. Weinick
　　　230 Park Avenue
　　　New York, NY 10169
　　　(212) 661-9100
　　　*Counsel for Melanie L. Cyganowski, as Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2017, a true and correct copy of the foregoing was served via the court's CM/ECF system, which will send notification of such filing to all counsel of record.

DATED:  August 22, 2017

                                                  By:    */s/ Adam C. Silverstein*
                                                           Adam C. Silverstein