**MORGAN, LEWIS & BOCKIUS LLP**

Joshua Dorchak
Matthew C. Ziegler
Melissa Y. Boey
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6700
Facsimile: (212) 309-6000

– and –

John C. Goodchild, III
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5020
Facsimile: (215) 963-5001

*Counsel to Margot MacInnis and Cosimo Borrelli, as
Joint Official Liquidators of Platinum Intermediate Fund*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*[1] | : : : | Chapter 15 |
| | : | Case No. 16-12925 (SCC) |
| Debtors in Foreign Proceedings. | : : | |
| In re: | : | |
| | : | |
| PLATINUM PARTNERS VALUE ARBITRAGE INTERMEDIATE FUND LTD. (IN OFFICIAL LIQUIDATION);[2] | : : : | Chapter 15 |
| | : | Case No. 17-12269 (SCC) |
| Debtors in Foreign Proceedings. | : : | |

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (1954); and Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) (2356).

[2] The last four digits of this debtor's United States Tax Identification Number, or similar foreign identification number, is 9530.

1

**NOTICE OF REVISED PROPOSED ORDER DIRECTING
JOINT ADMINISTRATION OF DEBTOR'S CHAPTER 15 CASE
PURSUANT TO BANKRUPTCY RULE 1015(b)**

**PLEASE TAKE NOTICE THAT** on August 17, 2017, the Debtor filed with the Court a *Motion for Entry of Order Authorizing Joint Administration of Debtor's Chapter 15 Case Pursuant to Bankruptcy Rule 1015(b)* [Docket No. 5] (the "Motion for Joint Administration"), with a proposed order attached thereto as Exhibit A (the "Original Proposed Order");

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor hereby files a revised proposed order (the "Revised Proposed Order"), which is attached hereto as **Exhibit 1**;

**PLEASE TAKE FURTHER NOTICE THAT** a comparison of the Revised Proposed Order to the Original Proposed Order is attached hereto as **Exhibit 2**;

**PLEASE TAKE FURTHER NOTICE THAT** notwithstanding the request for joint administration, separate liquidators remain in control of the three estates.

Dated: September 5, 2017
       New York, New York

MORGAN, LEWIS & BOCKIUS LLP

 */s/ Joshua Dorchak*
Joshua Dorchak
Matthew C. Ziegler
Melissa Y. Boey
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6700
Facsimile: (212) 309-6000

- and -

John C. Goodchild, III
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5020
Facsimile: (215) 963-5001

*Counsel to Margot MacInnis and Cosimo Borrelli, as Joint Official Liquidators of Platinum Intermediate Fund*

2